IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **STONE BRIDGE VILLAS CONDOMINIUM ASSOCIATION,** | ) ) ) |
| **Plaintiff,** | ) ) |
| v. | ) ) ) | NO. 14-cv-622 JPG/SCW |
| **THE CINCINNATI INSURANCE COMPANY,** | ) ) ) ) |
| **Defendant.** | ) |

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: April 7, 2015**          **JUSTINE FLANAGAN, Acting Clerk of Court**


**Approved:**     *s/J. Phil Gilbert*
             **J. PHIL GILBERT**
             **DISTRICT JUDGE**